IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| ALVIN McBRIDE | § | |
| v. | § | CIVIL ACTION NO. 9:07cv60 |
| DR. STEPHEN BAER, ET AL. | § | |

MEMORANDUM OPINION AND ORDER OF DISMISSAL

The Plaintiff Alvin McBride filed this civil rights lawsuit seeking injunctive relief from the Defendants Dr. Stephen Baer and Dr. Owen Murray. Counsel was appointed to represent the Plaintiff, and the parties consented to allow the undersigned United States Magistrate Judge to enter final judgment in this proceeding pursuant to 28 U.S.C. §636(c).

The parties have now filed a joint motion to dismiss the lawsuit with prejudice, stating that all matters in controversy have been resolved and a compromise and settlement agreement was entered into on July 14, 2008. It is accordingly

ORDERED that all claims asserted in this lawsuit are hereby DISMISSED with prejudice, subject to the terms of the compromise and settlement agreement dated July 14, 2008. All parties shall bear their own costs.

So **ORDERED** and **SIGNED** this  7   day of  **August, 2008.**

_____
JUDITH K. GUTHRIE
UNITED STATES MAGISTRATE JUDGE